

Illinois | New Jersey | New York | Ohio | Oregon

Javier L. Merino*
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

March 26, 2018

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*Sent via ECF

In re:   *Rebecca Castillo v. Tory Burch, LLC* Docket No. 1:18-cv-00951

Dear Judge Furman:

On Behalf of the Plaintiff, Rebecca Castillo, and Defendant, Tory Burch LLC, (together as the "parties") we write to inform the Court that the parties have reached a settlement in principle in the above-referenced matter.

Accordingly, the parties respectfully request that the Court enter an order (1) conditionally dismissing the matter without costs; (2) providing that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order; (3) providing that, within thirty (30) days of the date of this Order, Plaintiff may make an application to restore the matter in the event that settlement is not consummated; and (4) directing the Clerk of the Court to terminate all remaining dates.

We thank the Court for consideration of this request.

Respectfully,

*[signature]*

Javier L. Merino, Esq.
cc: Shira M. Blank (Counsel for Defendant) via ECF

_____

DannLaw                                                              DannLaw.com
1 Meadowlands Plaza, Suite 200                                       [877] 475-8100
East Rutherford, New Jersey 07071      *Licensed in NJ and NY

1